# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HILDA MESZAROS,

       Plaintiff,                   Case No. 2:14-CV-10763

                                    Hon. Gerald E. Rosen
    v.                           Magistrate Judge David R. Grand

UNITED COLLECTION BUREAU, INC.,

       Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, Hilda Meszaros, by counsel, and the Defendant, United Collection Bureau, Inc., by counsel, and moved the Court to dismiss with prejudice the above-entitled action, including all claims asserted therein, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that Case No. 2:14-cv-10763 is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: September 2, 2014          s/Gerald E. Rosen
                                            UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HILDA MESZAROS,

       Plaintiff,                    Case No. 2:14-CV-10763

                                    Hon. Gerald E. Rosen
   v.                          Magistrate Judge David R. Grand

UNITED COLLECTION BUREAU, INC.,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the above-entitled action, including all claims asserted therein, shall be and hereby is dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**WE ASK FOR THIS:**

   /s/ Ethan G. Ostroff
Milind Parekh, Esq. (P56634)
TROUTMAN SANDERS LLP
55 W. Monroe Street, Suite 3000
Chicago, IL  60603
Telephone: (312) 759-7274
Facsimile:  (773) 877-3730
Email: milind.parekh@troutmansanders.com

2

Ethan G. Ostroff, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7541
Facsimile:  (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com
*Counsel for Defendant*


   /s/ Michael L. Greenwald
Ronald S. Weiss, Esq. (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
Telephone: (248) 737-8000
Facsimile: (248) 737-8003
Email: RWeiss@MichiganInjuryLaw.com

Michael L. Greenwald, Esq.
GREENWALD DAVIDSON PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684
Email: mgreenwald@mgjdlaw.com
*Counsel for Plaintiff*